# Court of Appeals
# of the State of Georgia

ATLANTA,  January 03, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0203.  IN THE INTEREST OF C. R. M., a child (Father).**

The juvenile court entered an order terminating the parental rights of the father of C. R. M. on September 22, 2016.  On December 7, 2016, the father filed an application for discretionary review, seeking to appeal the juvenile court's order.  We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State of Ga.*, 90 Ga. App. 734 (380 SE2d 57) (1989).  The father's application is untimely, as it was filed 76 days after entry of the order he seeks to appeal.  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/03/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*